McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
  *jonathan.carlson@mccormickbarstow.com*
Cheryl A. Grames
Nevada Bar No. 12752
  *cheryl.grames@mccormickbarstow.com*
Mandy Vogel
Nevada Bar No. 16150
  *mandy.vogel@mccormickbarstow.com*
7160 Rafael Rivera Way, Suite 320
Las Vegas, Nevada 89113
Telephone:    (702) 949-1100
Facsimile:    (702) 949-1101

Attorneys for CSAA General Insurance
Company; AAA Insurance Corp; The American
Automobile Association, Inc., dba AAA

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL DAHL, an individual; VIOLETTA DAHL, an individual;<br><br>        Plaintiffs,<br><br>    v.<br><br>CSAA GENERAL INSURANCE COMPANY; AAA INSURANCE CORP; THE AMERICAN AUTOMOBILE ASSOCIATION, INC., dba AAA; DOES 1 through 10, and ROE CORPORATIONS 1 through 20, inclusive,<br><br>        Defendants. | Case No. 2:26-cv-00125-GMN-EJY<br><br>**STIPULATION AND ORDER TO EXTEND PLAINTIFFS' DEADLINE TO RESPOND TO DEFENDANTS' MOTION TO DISMISS [DOC 5]**<br><br>**First Request** |

Pursuant to Local Rule IA 6-1 and FRCP 6(b)(1)(B), the parties stipulate as follows:

1.    Due to Plaintiffs' counsel being sick this week, but expected to recover shortly, Plaintiffs, Michael and Violette Dahl, shall have a 7-day extension through February 17, 2026, to

/ / /

/ / /

/ / /

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7160 RAFAEL RIVERA WAY, SUITE 320
LAS VEGAS, NV 89113

Case No. 2:26-cv-00125-GMN-EJY

respond to Defendants' Motion to Dismiss [DOC 5].

DATED this 10th day of February 2026.

**THE SCHNITZER LAW FIRM**

__/s/ *Jordan P. Schnitzer*_____
Jordan P. Schnitzer, Esq.
Nevada Bar No. 10744
710 South 9th Street, Suite 2
Las Vegas, Nevada 89101
*Attorneys for Plaintiffs*

DATED this 10th day of February 2026.

**MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP**

___/s/ *Cheryl A. Grames*_____
Jonathan W. Carlson, Esq.
Nevada Bar No. 10536
Cheryl A. Grames. Esq.
Nevada Bar No. 12752
Mandy Vogel, Esq.
Nevada Bar No. 16150
7160 Rafael Rivera Way, Suite 320
Las Vegas, Nevada 89113
*Attorneys for Defendants*

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

DATED: ___February 11, 2026_____

000003-000369 12419628.1

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7160 RAFAEL RIVERA WAY, SUITE 320
LAS VEGAS, NV 89113

2                                    Case No. 2:26-cv-00125-GMN-EJY
STIPULATION AND ORDER TO EXTEND PLAINTIFFS' DEADLINE TO RESPOND TO DEFENDANTS'
MOTION TO DISMISS [DOC 5]